UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
**CARMEN PADILLA and**
**BRANDON DUVAL CONCEPCION**

                  **Plaintiff,**                  **MEMORANDUM**
                                                                      **AND ORDER**

               - against -

                                                                            **10-CV-4891 (DLI)(RLM)**

**CORA D. AUSTIN, Lindsay Park Housing Board**
**of Directors; JAY SILVERBERG, Manager,**
**Zenith Properties Inc.; and MAVIN J. DANIEL,**

                  **Defendants.**
-------------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

       On November 19, 2010, the Pro Se Clerk's Office received and filed a Second Amended Complaint from *pro se* plaintiff Carmen Padilla. As plaintiff did not have leave of the Court or written consent of defendants to further amend her complaint,[1] the operative pleading in this case is her Amended Complaint, filed on November 15, 2010,[2] which the United States Marshal's Service was previously ordered to serve on defendants. See Order (Nov. 17, 2010).

       **SO ORDERED.**

Dated:    Brooklyn, New York
             November 29, 2010

                                                       **ROANNE L. MANN**
                                                       **UNITED STATES MAGISTRATE JUDGE**

---

[1] Under certain circumstances, a party may amend its pleading once as a matter of course, see Fed. R. Civ. P. 15(a)(1); after a pleading has been amended, further amendments require "the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2).

[2] The only "amendment" that the Court could discern is the attachment of additional exhibits.