UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CARMEN PADILLA, et al.,

                        Plaintiffs,                                MEMORANDUM
                                                                     AND ORDER

        - against -                                             10-CV-4891 (DLI)

CORA D. AUSTIN, et al.,

                        Defendants.
-----------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

       The Court has reviewed plaintiff's counsel's time records, and has found them to overstate counsel's hours in several respects.[1] Nevertheless, the substantially reduced fee amount that plaintiff's counsel has agreed to accept, and that plaintiff Carmen Padilla has approved in open court, is reasonable, even taking into account the problems with plaintiff's counsel's time records.

       SO ORDERED.

Dated:     Brooklyn, New York
              November 1, 2012

                                                      /s/ *Roanne L. Mann*
                                                     **ROANNE L. MANN**
                                                     **UNITED STATES MAGISTRATE JUDGE**

---

[1] For example, the time is tracked in quarter-hour increments, rather than the preferred one-tenth hour increments; the time includes clerical work (such as electronically filing the Second Amended Complaint), which is not properly billable as attorney time; and some tasks appear to have taken an excessive amount of time to perform (for example, one hour to draft and file a half-page letter to the Court on 9/8/11, and two hours to reserve a room for the mediation).